**Fill in this information to identify the case:**

Debtor 1: Scott Daggett

Debtor 2: Holly Daggett
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 14-24894

# Form 4100R
## Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: State Bank, as assignee of Harvard Savings, successor by merger to Morris Building & Loan

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 0 1 2 5

Property address: 5640 W. Indian Trail Road
Number   Street

Verona, IL 60479
City     State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 8 / 1 / 2017
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

c. **Total.** Add lines a and b.                                          (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM / DD / YYYY

Debtor 1 __Scott Daggett__
       First Name   Middle Name   Last Name

Case number (if known) __14-24894__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _[signature]_    Date __8/8/2017__

Print __Rebecca A. Lamm__    Title __Attorney__
       First Name   Middle Name   Last Name

Company __Franks, Gerkin & McKenna, P.C.__

If different from the notice address listed on the proof of claim to which this response applies:

Address __19333   E. Grant Highway__
         Number        Street

__Marengo, IL 60152__
City           State   ZIP Code

Contact phone ( __815__ ) __923__ - __2107__    Email __rlamm@fgmlaw.com__